AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cassling, Donald R. | Northern District of Illinois | 07/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

219 South Dearborn Street
Suite 662
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Federal Judicial Conference | 04/30/17 - 05/02/17 | Indianapolis, IN | Attendance at annual Seventh Circuit Judicial Conference | Hotel and Registration |
| 2. | American Bankruptcy Institute | 06/08/17 - 06/10/17 | Traverse City, MI | Attendance as panelist and committee member at annual Central States' ABI program | Hotel, travel, and registration |
| 3. | National Conference of Bankruptcy Judges | 10/07/17 - 10/11/17 | Las Vegas, NV | Attendance at annual NCBJ conference, including judges' meetings | Partial hotel reimbursement |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CNB Bank & Trust, N.A. | Property No. 1 in Homer, Illinois | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - IShares MSCI EAFE Index ETF EFA | | None | | | Sold | 02/02/17 | L | A | |
| 3. - IShares Select Div ETF DVY | | None | | | Sold | 02/02/17 | N | A | |
| 4. - IShares Core S&P 500 ETF IVV | | None | | | Sold | 02/02/17 | N | A | |
| 5. - SPDR S&P Divident ETF SDY | | None | | | Sold | 02/02/17 | L | A | |
| 6. - Vanguard Total Stock Market ETF VTI | E | Dividend | O | T | Buy (add'l) | 02/02/17 | O | | |
| 7. | | | | | Sold (part) | 05/04/17 | J | B | |
| 8. | | | | | Sold (part) | 08/07/17 | J | A | |
| 9. | | | | | Sold (part) | 10/23/17 | M | F | |
| 10. - Vanguard MSCI European ETF VGK | | None | | | Sold | 02/02/17 | M | A | |
| 11. - Vanguard Dividend Appreciation ETF VIG | D | Dividend | N | T | Buy (add'l) | 02/02/17 | O | | |
| 12. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 13. | | | | | Sold (part) | 05/04/17 | J | B | |
| 14. | | | | | Sold (part) | 10/23/17 | K | D | |
| 15. - Blackrock Global Allocation Inst. Class Malox | B | Dividend | M | T | Sold (part) | 02/02/17 | L | A | |
| 16. | | | | | Sold (part) | 05/04/17 | J | A | |
| 17. | | | | | Sold (part) | 08/07/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 19. | | | | | Buy (add'l) | 10/23/17 | J | | |
| 20. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 21.  - Bank of America, California N.A. RASP | A | Interest | K | T | | | | | |
| 22.  - Alliance Berstein Global Bd Fund Inc. AVL CL ANAYX | A | Dividend | | | Sold | 02/02/17 | L | A | |
| 23.  - Alliance Bernstein High Income Fund CL ADV AGDYX | A | Dividend | | | Sold | 02/02/17 | M | A | |
| 24.  - Vanguard Total Int'l STK-VXUS | D | Dividend | N | T | Buy (add'l) | 02/02/17 | N | | |
| 25. | | | | | Sold (part) | 05/04/17 | J | A | |
| 26. | | | | | Sold (part) | 08/07/17 | J | A | |
| 27. | | | | | Sold (part) | 10/23/17 | L | D | |
| 28.  - Eaton Vance Floating Rate Fund - EIBL | C | Dividend | M | T | Buy (add'l) | 01/03/17 | J | | |
| 29. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 30. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 31. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 32. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 33. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 34. | | | | | Buy (add'l) | 06/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 36. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 37. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 38. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 39. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 40. | | | | | Buy (add'l) | 10/23/17 | J | | |
| 41. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 42. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 43. | | | | | Sold (part) | 02/02/17 | K | A | |
| 44. - Vanguard Total Bond Mkt - BND | C | Dividend | N | T | Buy (add'l) | 02/02/17 | M | | |
| 45. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 46. | A | | | | Buy (add'l) | 08/07/17 | J | | |
| 47. | | | | | Buy (add'l) | 10/23/17 | M | | |
| 48. - Blackrock Low Discretion - BFMS (X) | B | Dividend | M | T | Buy | 02/02/17 | L | | |
| 49. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 50. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 51. | | | | | Buy (add'l) | 10/23/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. HSA IRA (H) | | | | | | | | | |
| 53. - IShares MSCI EAFE - EFA | A | Dividend | J | T | | | | | |
| 54. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | | | | | |
| 55. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | Sold (part) | 09/16/17 | J | B | |
| 56. - ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 57. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | | | | | |
| 58. - Invesco Equally Weighted S&P 500 Fund - VADD (X) | C | Dividend | M | T | Buy | 02/02/17 | M | | |
| 59. | A | | | | Buy (add'l) | 05/04/17 | J | | |
| 60. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 61. | B | | | | Sold (part) | 10/23/17 | K | C | |
| 62. - Ishare TIPS Bond ETF - TIP (X) | B | Dividend | L | T | Buy | 02/02/17 | L | | |
| 63. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 64. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 65. | | | | | Buy (add'l) | 10/23/17 | J | | |
| 66. | | | | | | | | | |
| 67. Roth IRA (H) | | | | | | | | | |
| 68. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Buy (add'l) | 01/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 70. | | | | | Sold (part) | 04/11/17 | J | A | |
| 71. | | | | | Sold (part) | 10/16/17 | J | A | |
| 72. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | Buy (add'l) | 01/05/17 | J | | |
| 73. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 74. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 75. | | | | | Sold (part) | 04/11/17 | J | A | |
| 76. - Blackrock Global Allocation - MALOX | A | Dividend | J | T | Buy (add'l) | 02/09/17 | J | | |
| 77. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 78. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 79. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 80. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 81. - Bank of America RASP | A | Interest | J | T | | | | | |
| 82. - Vanguard Total Int'l Stk - VXUS | A | Dividend | K | T | Sold (part) | 01/15/17 | J | A | |
| 83. | | | | | Sold (part) | 04/11/17 | J | A | |
| 84. | | | | | Sold (part) | 07/13/17 | J | A | |
| 85. | | | | | Sold (part) | 10/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 87. - Vanguard Total Bond Mkt - BND | A | Dividend | K | T | Sold (part) | 01/15/17 | J | A | |
| 88. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 89. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 90. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 91. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 92. - Invesco Equally Weighted S&P 500 Fund - VADDX | A | Dividend | J | T | Buy (add'l) | 02/09/17 | J | | |
| 93. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 94. - Blackrock Low Duration - BFMS (X) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 95. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 96. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 97. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 98. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 99. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 100. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 101. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 102. | | | | | Buy (add'l) | 07/03/17 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 104. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 105. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 106. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 107. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 108. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 109. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 110. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 111.  - Eaton Vance Floating Rock - EIBL (X) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 112. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 113. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 114. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 115. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 116. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 117. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 118. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 119. | | | | | Buy (add'l) | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 121. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 122. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 123. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 124. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 125. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 126. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 127. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 128.  - Ishares TIPS Bond ETF - TIP (X) | A | Dividend | J | T | Buy | 01/05/17 | J | | |
| 129. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 130. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 131. | | | | | | | | | |
| 132.  Brokerage Account (H) | | | | | | | | | |
| 133.  - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Sold (part) | 10/15/17 | J | A | |
| 134.  - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | Buy (add'l) | 10/05/17 | J | | |
| 135.  - Lincoln Am Legacy III & Annuity (Variable) (H) | | | | | | | | | |
| 136.  * AF Growth (X) | | None | M | T | Sold (part) | 10/18/17 | J | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/30/17 | J | A | |
| 138. * AF Blchp Inc & Gr (X) | | None | L | T | Sold (part) | 10/18/17 | J | C | |
| 139. | | | | | Sold (part) | 11/30/17 | J | A | |
| 140. * AF Grwth - Inc (X) | | None | M | T | Sold (part) | 10/18/17 | J | D | |
| 141. | | | | | Sold (part) | 11/30/17 | J | A | |
| 142. * AF Int'l (X) | | None | L | T | Sold (part) | 10/18/17 | J | C | |
| 143. | | | | | Sold (part) | 11/30/17 | J | A | |
| 144. * AF Glbl Grwth (X) | | None | M | T | Sold (part) | 10/18/17 | J | D | |
| 145. | | | | | Sold (part) | 11/30/17 | J | A | |
| 146. * AF Asset Alloc (X) | | None | L | T | Sold (part) | 10/18/17 | J | B | |
| 147. | | | | | Sold (part) | 11/30/17 | J | A | |
| 148. - Metlife Series LVA Annuity (Variable) (H) | | | | | | | | | |
| 149. * SSGA Growth ETF Portfolio (X) | | None | M | T | Sold (part) | 01/14/17 | J | A | |
| 150. | | | | | Sold (part) | 02/01/17 | J | D | |
| 151. -ML Bank Deposits Program | A | Interest | J | T | | | | | |
| 152. - Vanguard Total Int'l Stk - VXUS | A | Dividend | K | T | | | | | |
| 153. - Blackrock Global Allocation Fund - MALOX | A | Dividend | J | T | Buy (add'l) | 10/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 07/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 155. | | | | | | | | | |
| 156. Property No. 1 in Homer, IL | F | Rent | P1 | W | | | | | |
| 157. | | | | | | | | | |
| 158. Genworth Life and Annuity universal life insurance policy | C | Interest | L | W | | | | | |
| 159. | | | | | | | | | |
| 160. Chase Bank checking/savings account | A | Interest | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. Secured note for loan made to non-dependent relative (X) | D | Interest | M | V | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 07/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 162 -- When this loan was made in 2015, I created an amortization schedule reflecting the monthly payments of principal and interest due under the note. The value given in column C(2) is the amount of principal remaining due and owing as of 12/31/16 according to that amortization schedule.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald R. Cassling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544